# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.M. MCDONALD, M.C. HOLIFIELD**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**HALEY E. ROSARIO**
**CRYPTOLOGIC TECHNICIAN (COLLECTION) SEAMAN (E-3), U.S. NAVY**

**NMCCA 201400176**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 17 January 2014.
**Military Judge**: CDR M.N. Fulton, JAGC, USN.
**Convening Authority**: Commanding Officer, USS CHAFEE (DDG 90).
**Staff Judge Advocate's Recommendation**: LT M.L. Gardner, JAGC, USN.
**For Appellant**: LtCol Richard Belliss, USMCR.
**For Appellee**: Mr. Brian K. Keller, Esq.

**31 July 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court